UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 2:15-cr-52-FtM-38MRM

PEDRO PEREZ-JIMENEZ

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance Sentencing (Doc. #27) filed on August 25, 2015.  Counsel moves the Court to advance the sentencing hearing currently set for September 21, 2015.  As grounds, Counsel indicates that the initial presentence report has been completed and the defendant does not object to the scoring of the report.  Thus, the defendant is ready to be sentenced.  The Government does not object to the relief requested.  The Court, having considered the motion, finds good cause and will grant the continuance as outlined below.

Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Advance Sentencing (Doc. 27) is **GRANTED**.  The sentencing hearing will be rescheduled to September 8, 2015 at 11:00 AM.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this August 31, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record